12/5/14

Dear Judge Motz,

My name is Kevin Johnson 1996652. I need your help. In June 2010 you sentence me to 64 months concurrent to my state sentence (JFM-09-167) I went home on 8/6/14 w/ instructions to report to Volunteers of America, a Residential Re Entry Center here in Baltimore. Unfortunately I did not report to the VOA due to a family emergency. I am currently serving 6 months at CDF Due for release 1/30/15. I have no place to live when I get out, so I was wondering if you could do a civil commitment order to Volunteers of America so I can have a place to go upon release

I would greatly appreciate any assistance you may be able to provide me in my current situation. I ~~look~~ look forward to hearing from you soon.

P.S. Could you please send me a copy of the commitment order via mail.

Very Truly Yours
Kevin [signature]
1996652
CDF
401 E. Madison
Balt. MD 21202