UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

February 11, 2015

Kevin Johnson
1996652
CDF
401 E. Madison St.
Baltimore, MD  21202

      Re: US v. Kevin Johnson
           Criminal No. JFM-09-0167

Dear Mr. Johnson:

    Reference is made to your letter dated December 15, 2014.

    It does not appear to me that I should take any action upon your request at this time.

                                Very truly yours,

                                J. Frederick Motz
                                United States District Judge

cc: US Probation Officer

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2015 FEB 12  AM 11:33

CLERK'S OFFICE
AT BALTIMORE

BY _____ DEPUTY